**Order entered June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00343-CV

## IN THE INTEREST OF N.T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316-Z**

## ORDER

This accelerated appeal from a decree terminating Mother's parental rights was filed March 2, 2015. The clerk's record was timely filed March 16, 2015. The twenty-nine volume reporter's record was filed May 27, 2015.

Based on the filing date of the reporter's record, Mother's brief was due June 16, 2015. *See* TEX. R. APP. P. 38.6(a). Asserting she has been working on another appellate brief and has not had adequate time to prepare a quality brief for Mother, appellate counsel seeks a thirty-day extension of time to file Mother's brief. Although the record is voluminous, we are required in an appeal of a suit for termination of the parent-child relationship to ensure the appeal is brought to final disposition, so far as reasonably possible, within 180 days of the filing of the notice of appeal. *See* TEX. R. JUD. ADMIN. 6.2(a), *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app (West 2013). Accordingly, to ensure we meet this deadline, we **GRANT** appellant's motion for

additional time to the extent we **ORDER** the brief be filed no later than July 6, 2015.  We

caution counsel that no further extensions will be granted absent exigent circumstances.

/s/      DOUGLAS S. LANG
PRESIDING JUSTICE